1   KAREN P. HEWITT
    United States Attorney
2   TARA K. McGRATH
    Assistant United States Attorney
3   California State Bar No. 254209
    United States Attorney's Office
4   880 Front Street, Room 6293
    San Diego, California 92101-8893
5   (619) 557-6920 (Phone)        (619) 235-5111 (Fax)
    E-mail: Tara.McGrath@usdoj.gov
6

    Attorneys for Plaintiff
7   United States of America

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,     )    Criminal Case No. 08-CR-1751-BEN
                             )
11             Plaintiff,       )
                             )    NOTICE OF APPEARANCE
12             v.              )
                             )
13   JOSE MARTIN ISIDA-GARCIA,      )
                             )
14             Defendant.      )
    _____ )

15

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17         I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18         I certify that I am admitted to practice in this court or authorized to practice under CivLR

19   83.3.c.3-4.

20         Effective this date, the following attorneys are no longer associated with this case and should

21   not receive any further Notices of Electronic Filings relating to activity in this case:

22         U S Attorney CR.

23         Please feel free to call me if you have any questions about this notice.

24         DATED: June 27, 2008.

25                                  KAREN P. HEWITT
                                   United States Attorney
26

27                                 s/ *Tara K. McGrath*
                                Tara K. McGrath
28                                 Assistant United States Attorney

                                              08-CR-1751-BEN

1

UNITED STATES DISTRICT COURT

2

SOUTHERN DISTRICT OF CALIFORNIA

3

4     UNITED STATES OF AMERICA,            )          Criminal Case No.08-CR-1751-BEN
                                           )
5                      Plaintiff,          )
                                           )          CERTIFICATE OF SERVICE
6              v.                          )
                                           )
7     JOSE MARTIN ISIDA-GARCIA,            )
                                           )
8                      Defendant.          )
                                           )

9     _____

      IT IS HEREBY CERTIFIED THAT:
10

11          I, Tara K. McGrath, am a citizen of the United States and am at least eighteen years of age. My
      business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

12          I am not a party to the above-entitled action. I have caused service of the foregoing NOTICE OF
      APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the
13    District Court using its ECF System, which electronically notifies them.

14          1.      Charles L. Rees
                    424 F Street, Suite D
15                  San Diego, CA 92101
                    Attorney for Defendant
16
      I declare under penalty of perjury that the foregoing is true and correct.
17
      EXECUTED on June 27, 2008.
18
                                                    s/ Tara K. McGrath
19                                                  TARA K. McGRATH

20

21

22

23

24

25

26

27

28